199 F.3d 1051 (9th Cir. 1999)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
ROBERT W. KUBICK, Defendant-Appellant.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
WILLIAM D. HERRON, Defendant-Appellant.
UNITED STATES OF AMERICA, Plaintiff-Appellant,
v.
ROBERT W. KUBICK, WILLIAM D. HERRON, Defendants-Appellees.
 No. 98-30082, No. 98-30083, No. 98-30097
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 November 1, 1999, Argued and Submitted
December 10, 1999, Filed
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE OPINION AT 205 F.3d 1117.